1 **JAN DAVID KAROWSKY**
Attorney at Law
2 A Professional Corporation
California State Bar Number 53854
3 716 19th Street, Suite 100
Sacramento, CA 95814-0710
4 (916) 447-1134
(916) 448-0265 (Fax)
5
Attorney for Defendant
6 Ramon Ramirez

7

**MICHAEL LONG**
8 Attorney at Law
California State Bar Number 149475
9 1001 6th Street, Suite 400
Sacramento, CA  95814
10 (916) 447-1965
(916) 447-1940 (Fax)
11
Attorney for Defendant
12 Osbaldo Ramirez

13

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr.S-04-378-MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER TO CONTINUE STATUS** ) **CONFERENCE** |
| Ramon Ramirez and Osbaldo Ramirez, | ) |
| Defendants. | ) **DATE:**  April 19, 2005 ) **TIME:**   8:30 a.m. ) **JUDGE:**  Morrison C. England, Jr. |

**GOOD CAUSE APPEARING,** it is hereby **ORDERED** that the date for the Status Conference currently scheduled on April 19, 2005 is hereby continued to June 21, 2005 at 8:30 a.m..  Time shall be excluded from the Speedy Trial Act calculation from the date of April

- 1 -

19, 2005, to June 21, 2005, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 in order to give Counsel for the Defendant and the Government reasonable time to prepare.

**IT IS SO ORDERED.**

Dated: April 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE