1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95814-0710
4  (916) 447-1134
   (916) 448-0265 (Fax)
5
   Attorney for Defendant
6  Ramon Ramirez

7

8  **MICHAEL LONG**
   Attorney at Law
   California State Bar Number 149475
9  1001 6th Street, Suite 400
   Sacramento, CA  95814
10 (916) 447-1965
   (916) 447-1940 (Fax)
11
   Attorney for Defendant
12 Osbaldo Ramirez

13

14                **UNITED STATES DISTRICT COURT**

15            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | Case No.: Cr.S-04-378-MCE |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE STATUS CONFERENCE** |
| Ramon Ramirez and Osbaldo Ramirez, | |
| Defendants. | DATE:  June 21, 2005<br>TIME:  8:30 a.m.<br>JUDGE:  Morrison C. England, Jr. |

   **GOOD CAUSE APPEARING,** it is hereby **ORDERED** that the Status Conference

currently scheduled on June 21, 2005 to is hereby continued to August 23, 2005 at 8:30 a.m..

Time shall be excluded from the Speedy Trial Act calculation from the date of June 21, 2005 to August 23, 2005, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 in order to give Counsel for the Defendant and the Government reasonable time to prepare.

**IT IS SO ORDERED.**

Dated: June 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE