| | |
|---|---|
| 1 | **JAN DAVID KAROWSKY** |
|   | Attorney at Law |
| 2 | A Professional Corporation |
|   | California State Bar Number 53854 |
| 3 | 716 19th Street, Suite 100 |
|   | Sacramento, CA 95814-0710 |
| 4 | (916) 447-1134 |
|   | (916) 448-0265 (Fax) |
| 5 | |
|   | Attorney for Defendant |
| 6 | Ramon Ramirez |

**MICHAEL LONG**
Attorney at Law
California State Bar Number 149475
1001 6th Street, Suite 400
Sacramento, CA  95814
(916) 447-1965
(916) 447-1940 (Fax)

Attorney for Defendant
Osbaldo Ramirez

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | Case No.:  2:04-cr-0378-MCE |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO CONTINUE STATUS CONFERENCE** |
| Ramon Ramirez and Osbaldo Ramirez, | ) | |
| Defendants. | ) | **DATE:**  March 28, 2006<br>**TIME:**   8:30 a.m.<br>**JUDGE:**  Morrison C. England, Jr. |

**GOOD CAUSE APPEARING,** it is hereby **ORDERED** that the Status Conference currently scheduled on March 28, 2006 to is hereby continued to April 25, 2006 at 8:30 a.m..

- 1 -

1  Time shall be excluded from the Speedy Trial Act calculation from the date of March 28, 2006 to
2  April 25, 2006, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 in order to give
3  Counsel for the Defendants and the Government reasonable time to prepare.
4  **IT IS SO ORDERED.**

Dated: March 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE