McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | 2:04-cr-0378-MCE |
| Plaintiff, ) ) | |
| v. ) ) | STIPULATION AND [PROPOSED] ORDER |
| RAMON RAMIREZ and ) OSBALDO RAMIREZ, ) ) | |
| Defendants. ) _____) | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Ramon Ramirez, through his attorney Jan David Karowsky, and Defendant Osbaldo Ramirez, through his attorney Michael Long, as follows:

It is agreed that the current Status Conference date of April 25, 2006 be vacated and a new Status Conference date of June 6, 2006 at 8:30 a.m. be set.

The continuance of the status conference is necessary because the defendants' attorneys need time to review audiotapes from an earlier state investigation that the government recently obtained

1 and produced in discovery, and because counsel for Defendant Ramon
2 Ramirez is scheduled to start a trial in an unrelated federal case
3 on April 25, 2006.
4    Accordingly, the parties jointly request a new status
5 conference date and that the time period from April 25, 2006, to and
6 including June 6, 2006 be excluded under the Speedy Trial Act
7 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for
8 defense preparation and based on a finding by the Court that the
9 ends of justice served by granting a continuance outweigh the best
10 interest of the public and defendant in a speedy trial.

```
                              Respectfully submitted,

Dated: April 20, 2006          /s/Jan David Karowsky
                              JAN DAVID KAROWSKY
                              Attorney for Defendant
                              RAMON RAMIREZ
                              By PAT per telephone authorization

Dated: April 20, 2006          /s/Michael Long
                              MICHAEL LONG
                              Attorney for Defendant
                              OSBALDO RAMIREZ
                              By PAT per telephone authorization


                              McGREGOR W. SCOTT
                              United States Attorney

Dated: April 20, 2006          /s/Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: April 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2