1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )
10                                   )    Case No.2:04-cr-0378-MCE
                   Plaintiff,        )
11                                   )
             v.                      )
12                                   )    STIPULATION AND ORDER
   RAMON RAMIREZ and                 )
13 OSBALDO RAMIREZ,                  )
                                     )
14                 Defendants.       )
   _____   )
15

16      It is hereby stipulated between the parties, Plaintiff United

17 States of America, by and through United States Attorney McGregor W.

18 Scott and Assistant United States Attorney Phillip A. Talbert,

19 Defendant Ramon Ramirez, through his attorney Jan David Karowsky,

20 and Defendant Osbaldo Ramirez, through his attorney Michael Long, as

21 follows:

22      It is agreed that the current Status Conference date of June 6,

23 2006 be vacated and a new Status Conference date of June 20, 2006 at

24 8:30 a.m. be set.

25      The continuance of the status conference is necessary because

26 the parties are in ongoing negotiations toward a possible resolution

27 of the case, the defense is gathering materials to provide to the

28 government for its consideration in such negotiations, and the

                                    1

1  defendants' attorneys need time to discuss the ongoing negotiations

2  with the defendants.

3      Accordingly, the parties jointly request a new status

4  conference date of June 20, 2006, and that the time period from June

5  6, 2006, to and including June 20, 2006 be excluded under the Speedy

6  Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

7  for defense preparation and based on a finding by the Court that the

8  ends of justice served by granting a continuance outweigh the best

9  interest of the public and defendant in a speedy trial.

10
                                    Respectfully submitted,
11
Dated: May 22, 2006                /s/Jan David Karowsky
12                                 JAN DAVID KAROWSKY
                                   Attorney for Defendant
13                                 RAMON RAMIREZ
                                   By PAT per telephone authorization
14
Dated: May 22, 2006                /s/Michael Long
15                                 MICHAEL LONG
                                   Attorney for Defendant
16                                 OSBALDO RAMIREZ
                                   By PAT per telephone authorization
17

18                                 McGREGOR W. SCOTT
                                   United States Attorney
19
Dated: May 22, 2006                /s/Phillip A. Talbert
20                                 PHILLIP A. TALBERT
                                   Assistant U.S. Attorney
21                                 Attorney for Plaintiff

22                              **ORDER**

23  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

24  Dated: June 5, 2006.

25

26

27  _____
    MORRISON C. ENGLAND, JR
28  UNITED STATES DISTRICT JUDGE


                                2