```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789
 5
 6
 7               IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )   Case No. 2:04-cr-0378-MCE
                Plaintiff,       )
11                               )
           v.                    )
12                               )   STIPULATION AND ORDER
    RAMON RAMIREZ and            )
13  OSBALDO RAMIREZ,             )
                                 )
14              Defendants.      )
    _____)
15
16       It is hereby stipulated between the parties, Plaintiff United
17  States of America, by and through United States Attorney McGregor W.
18  Scott and Assistant United States Attorney Phillip A. Talbert,
19  Defendant Ramon Ramirez, through his attorney Jan David Karowsky,
20  and Defendant Osbaldo Ramirez, through his attorney Michael Long, as
21  follows:
22       It is agreed that the current Status Conference date of June
23  20, 2006 be vacated and a new Status Conference date of July 18,
24  2006 at 8:30 a.m. be set.
25       The continuance of the status conference is necessary because
26  the parties are in ongoing negotiations toward a possible resolution
27  of the case, the government is considering documents the defense has
28  ///
```

1

1 provided in such negotiations, and the defendants' attorneys need
2 time to discuss the ongoing negotiations with the defendants.
3      Accordingly, the parties jointly request a new status
4 conference date of July 18, 2006, and that the time period from June
5 20, 2006, to and including July 18, 2006 be excluded under the
6 Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
7 Code T4 for defense preparation and based on a finding by the Court
8 that the ends of justice served by granting a continuance outweigh
9 the best interest of the public and defendant in a speedy trial.

```
                                        Respectfully submitted,

Dated: June 19, 2006                     /s/Jan David Karowsky
                                        JAN DAVID KAROWSKY
                                        Attorney for Defendant
                                        RAMON RAMIREZ
                                        By PAT per telephone authorization

Dated: June 19, 2006                     /s/Michael Long
                                        MICHAEL LONG
                                        Attorney for Defendant
                                        OSBALDO RAMIREZ
                                        By PAT per telephone authorization


                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: June 19, 2006                     /s/Phillip A. Talbert
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: June 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE