McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>               Plaintiff, )<br><br>    v. )<br><br>RAMON RAMIREZ, )<br>OSBALDO RAMIREZ, )<br><br>           Defendants. )<br>_____) | No. 2:04-cr-0378-MCE<br><br>STIPULATION AND ORDER |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Ramon Ramirez, through his attorney Jan David Karowsky, and Defendant Osbaldo Ramirez, through his attorney Michael Long, as follows:

It is agreed that the current Status Conference date of July 18, 2006 be vacated and a new Status Conference date of August 22, 2006 at 8:30 a.m. be set.

///

///

///

1

The continuance of the status conference is necessary because the parties are in ongoing negotiations toward a possible resolution of the case, and the defendants' attorneys need time to discuss the ongoing negotiations and a proposed written plea agreement with the defendants.

Accordingly, the parties jointly request a new status conference date of August 22, 2006, and that the time period from July 18, 2006, to and including August 22, 2006 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: July 14, 2006        /s/Jan David Karowsky
JAN DAVID KAROWSKY
Attorney for Defendant
RAMON RAMIREZ
By PAT per telephone authorization

Dated: July 14, 2006        /s/Michael Long
MICHAEL LONG
Attorney for Defendant
OSBALDO RAMIREZ
By PAT per telephone authorization

McGREGOR W. SCOTT
United States Attorney

Dated: July 14, 2006        /s/Phillip A. Talbert
PHILLIP A. TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

///

///

///

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE